# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

December 4, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303



Re: Fane Lozman
v. City of Riviera Beach, Florida
Application No. 24A546
(Your No. 23-11119) -AA

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on December 4, 2024, extended the time to and including February 13, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Tobias Samuel Loss-Eaton
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

U.S. COURT OF APPEALS
RECEIVED
CLERK
DEC 09 2024
ATLANTA, GA

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

